No. 1044.  KRANTZ ET AL. *v.* OLIN, *ante,* p. 982;

No. 1066.  PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. *v.* PENNSYLVANIA RAILROAD Co., *ante,* p. 982;

No. 857, Misc.  LUPINO *v.* TAHASH, WARDEN, *ante,* p. 984;

No. 987, Misc.  AZZONE *v.* TAHASH, WARDEN, *ante,* p. 980;

No. 933, Misc.  BROOKS *v.* BETO, CORRECTIONS DIRECTOR, *ante,* p. 975;

No. 1120, Misc.  GREENE *v.* UNITED STATES, *ante,* p. 976;

No. 1190, Misc.  WEST *v.* McMANN, WARDEN, *ante,* p. 985; and

No. 1264, Misc.  KNOLL ET AL. *v.* SOCONY MOBIL OIL Co., INC., ET AL., *ante,* p. 977.  Petitions for rehearing denied.

No. 878.  RAWDON *v.* UNITED STATES, *ante,* p. 909.  Motion for leave to file petition for rehearing denied.